**FILED**
**July 2, 2025**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:25-MJ-666-BK |
| PONCIANO PEREZ-PANDURO | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Ponciano Perez-Panduro**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_  Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_\_  Maximum sentence life imprisonment or death;

    \_\_\_\_\_  10 + year drug offense;

    \_\_\_\_\_  Felony, with two prior convictions in above categories;

    \_\_X\_  Serious risk defendant will flee;

    \_\_\_\_\_  Serious risk obstruction of justice;

    \_\_\_\_\_  Felony involving a minor victim;

    \_\_\_\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon; or

    \_\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250).

2. <u>Reason for Detention</u>:  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

**Motion for Detention - Page 1**

    __X__  Defendant's appearance as required;

    __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>:  The United States will invoke the rebuttable presumption against defendant because (check all that apply):

    _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

    _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

    _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

    _____  Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>:  The United States requests the Court conduct the detention hearing,

    __X__  At first appearance

    _____  After continuance of _____ days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ *Marbel Leonel Munoz*
Marbel Leonel Munoz
Special Assistant United States Attorney
New York State Bar No. 5516026
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8812
Marbel.Munoz@usdoj.gov

**Motion for Detention - Page 3**